UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH NATHANIEL JONES,

        Defendant.
_____/

Case No. 1:07:CR:46

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed April 20, 2007, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Joseph Nathaniel Jones' plea of guilty to Count 2 of the Indictment is accepted. Defendant Joseph Nathaniel Jones is adjudicated guilty.

3.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: May 17, 2007                                          /s/ Gordon J. Quist
                                                                          GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE